■ Jason L. Schmidt, Appellant, v Gregory V. Lorenzo et al., Respondents. (Appeal No. 2.) [893 NYS2d 790]—Appeal from a decision (denominated decision and order) of the Supreme Court, Chautauqua County (Timothy J. Walker, A.J.), entered May 4, 2009. The decision directed defendants to submit an order with respect to the denial of the motion of plaintiff for summary judgment on the cause of action for unjust enrichment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Pecora v Lawrence*, 28 AD3d 1136, 1137 [2006]). Present—Centra, J.P., Peradotto, Lindley, Pine and Gorski, JJ.

■ Jason L. Schmidt, Appellant, v Gregory V. Lorenzo et al., Respondents. (Appeal No. 3.) [893 NYS2d 790]—Appeal from an order of the Supreme Court, Chautauqua County (Timothy J. Walker, A.J.), entered May 4, 2009. The order, insofar as appealed from, denied the motion of plaintiff for summary judgment on the cause of action for unjust enrichment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Schmidt v Lorenzo* ([appeal No. 1] 70 AD3d 1362 [2010]). Present—Centra, J.P., Peradotto, Lindley, Pine and Gorski, JJ.